

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 17, 2007

BY HAND

The Honorable Mark D. Fox
Chief United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601



Re:  United States v. German Cuadrado et al.,
     07 Cr. 387  **JUDGE BRIEANT**

Dear Judge Fox:

The United States hereby requests that the superseding indictment in the above-captioned case be unsealed. The superseding indictment was filed on June 28, 2007, and charges seven defendants in five counts. I am on trial this week; please contact AUSA Richard C. Tarlowe at 914-993-1963 if you have any questions. Thank you very much for your assistance in this matter.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Nola B. Heller
Assistant United States Attorney
(914) 993-1939

SO ORDERED:

_____
U.S. MAGISTRATE JUDGE
MARK D. FOX
United States Magistrate Judge
Southern District of New York