*Writ Issued*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA : | AFFIRMATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| - v- : | |
| ANGEL DIAZ, a/k/a "Pete" : | 07 Cr. 387 |
| Defendant. : | |

-----------------------------------------------------------x

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        :  ss.:
SOUTHERN DISTRICT OF NEW YORK )

[stamp: U.S. DISTRICT COURT NOV 19 2007 S.D. OF N.Y.]

NOLA B. HELLER, being duly sworn, deposes and says that she is an Assistant United States Attorney for the United States Attorney's Office in the Southern District of New York; that one ANGEL DIAZ, (FBI # 130045KB8, NYSID # 5952046M, DOB 05-07-71) is now incarcerated at the Westchester County Jail, Valhalla, New York.

WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum be issued directing the Westchester County Jail, Valhalla, New York to release the defendant into the custody of the United States Marshals for the Southern District of New York on Tuesday, November 20, 2007 at 9:00 in the forenoon for a pre-trial conference before United States District Judge Charles L. Brieant, and to return him to Westchester County Jail only when the writ has been satisfied.

I declare under penalty of perjury that the foregoing is true and correct.

_____
NOLA B. HELLER
Assistant United States Attorney

November 19, 2007