# EXHIBIT A

Case 7:07-cr-00387-CM   Document 58-2   Filed 02/26/2008   Page 1 of 2



4



1



2

5



3



6

RCIC PHOTO LINEUP 07-036