

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :   PRIOR FELONY INFORMATION
                                 :
ANGEL DIAZ,                      :   S4 07 Cr. 387 (CM)
    a/k/a "Pete,"                :
                                 :
                  Defendant.     :
                                 :
- - - - - - - - - - - - - - - - x
```

The United States Attorney charges:

1. On or about December 14, 1992, in New York County Supreme Court, ANGEL DIAZ, a/k/a "Pete," the defendant, was convicted upon a plea of guilty under the Criminal Law of the State of New York, for attempted murder, a class B felony, for which he received a sentence of two years' to six years' imprisonment.

2. On or about August 20, 2007, in Westchester County Court, ANGEL DIAZ, a/k/a "Pete," the defendant, was convicted after trial under the Criminal Law of the State of New York, for criminal possession of a weapon in the second degree, loaded firearm, a class C felony, for which he received a sentence of fifteen years' imprisonment, five years' post-release supervision, and an order of protection.

Accordingly, ANGEL DIAZ, a/k/a "Pete," is subject to the enhanced penalties of Title 21, United States Code, Section 3559(c).

(Title 21, United States Code, Section 851.)

                                                                     *[signature]*
                                                                     MICHAEL J. GARCIA
                                                                     United States Attorney