# GROSSMAN & RINALDO
### ATTORNEYS AT LAW

STUART J. GROSSMAN
PAUL P. RINALDO

108-18 QUEENS BOULEVARD
8TH FLOOR, SUITE 5
FOREST HILLS, NEW YORK 11375

(718) 520-8722
Fax (718) 793-0894
E-Mail: grossmanrinaldo@aol.com

July 6, 2008

BY FACSIMILE AND ECF

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  <u>United States v. Rodriguez et al.</u>,
         07 CR 387(CM)

Dear Judge McMahon:

    The defendants, Rafael Rodriguez, Angel Diaz, and Jorge Cedeno, respectfully request extensions of time within which to file any motions for a Judgment of Acquittal and for a New Trial pursuant to Rules 29(c), and 33(b)(2) of the Federal Rules of Criminal Procedure until July 31, 2008. The defendants request the additional time in order to review the trial transcript and consult with counsel.

                                         Respectfully requested,

                                         Paul P. Rinaldo

cc: Nola Heller/Mark Levy (by ECF)
    Assistant United States Attorneys

    Defense Counsel (by ECF)